IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JERRY W. MULLINS, | * |
| Plaintiff, | * |
| v. | * Civil Action No. PX 16-1113 |
| SUBURBAN HOSPITAL HEALTHCARE SYSTEMS, INC. et al., | * |
| Defendants. | * |

******

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 6th day of February, 2017 hereby ORDERED that:

1. The Motion to Dismiss filed by Defendant SUBURBAN HOSPITAL HEALTHCARE SYSTEMS, INC (ECF No. 23) BE, and the same hereby IS, GRANTED;

2. The Motion to Dismiss filed by Defendant JULES FELEDY, MD (ECF No. 24) BE, and the same hereby IS, GRANTED;

3. The Motion to Dismiss filed by Defendants BETHESDA EMERGENCY ASSOCIATES, LLC and MATTHEW LEONARD, MD (ECF No. 25) BE, and the same hereby IS, GRANTED;

4. The Motion to Dismiss filed by Defendants THE UNION MEMORIAL HOSPITAL, INC., MEDSTAR HEALTH, INC., and RIVER ELLIOTT, MD (ECF No. 27) BE, and the same hereby IS, GRANTED IN PART AND DENIED IN PART;

5. The Motion to Dismiss filed by Defendant JOHNS HOPKINS HEALTH SYSTEMS CORPORATION (ECF No. 28) BE, and the same hereby IS, GRANTED;

6.  The Motion to Dismiss filed by Defendant NEIL ZIMMERMAN, MD (ECF No. 29) BE, and the same hereby IS, GRANTED;

7.  The Motion for Leave to File an Amended Complaint filed by Plaintiff JERRY W. MULLINS (ECF. No. 36) BE, and the same hereby IS, DENIED;

8.  The Motion to File a Surreply filed by Plaintiff JERRY W. MULLINS (ECF NO. 47) BE, and the same hereby IS, DENIED;

9.  The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to Plaintiff and counsel for the Defendants.

                                           /S/
                                 PAULA XINIS
                                 United States District Judge