# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JERRY W. MULLINS<br><br>*Pro se* Plaintiff,<br><br>v.<br><br>THE UNION MEMORIAL HOSPITAL INC,<br><br>Defendant. | Civil Action No. PX -16-1113 |

# ORDER

For the reasons discussed during today's conference call, and with agreement of the parties, the Court issues the following amended deadlines:

| | |
|---|---|
| April 17, 2018 | Plaintiff's Response to Motion for Summary Judgment |
| May 4, 2018 | Defendant's Reply |

Dated: March 27, 2018

                                                    /S/
                                       Paula Xinis
                                       United States District Judge